GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
atulumello@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT FIGY and MARY SWEARINGEN, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>            Defendant. | Case No. C 13-3988-SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**IT IS SO ORDERED AS MODIFIED** |

WHEREAS, on October 28, 2013, the Court issued a Clerk's Notice scheduling a Case Management Conference for January 24, 2014, at 10 a.m. (ECF No. 14);

WHEREAS, on December 18, 2013, the parties agreed that Plaintiffs would file an amended complaint pursuant to Rule 15(a)(1) by January 10, 2014, and Defendant Frito-Lay North America, Inc. ("Frito-Lay") would have sixty (60) days to file an answer or otherwise respond to the Plaintiffs' complaint (ECF No. 15);

WHEREAS, on December 19, 2013, the Court granted the parties' stipulation regarding the amended complaint (ECF No. 16);

WHEREAS, on January 10, 2014, Plaintiffs filed their First Amended Complaint, pursuant to the parties' stipulation (ECF No. 17);

1    WHEREAS, Frito-Lay anticipates filing a Motion to Dismiss Plaintiffs' First Amended Complaint on or before March 11, 2014, pursuant to the parties' stipulation;

WHEREAS, counsel for the parties have conferred and the parties agree that it would preserve judicial and party resources and be advantageous for case management to continue the Case Management Conference currently scheduled for January 24, 2014, until after the Court's resolution of Frito-Lay's anticipated Motion to Dismiss;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

(1) The Case Management Conference scheduled for January 24, 2014, is continued until June 20 ~~27~~, 2014;

(2) The parties will file a Joint Case Management Statement seven days prior to the conference.

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated:  January 16, 2014         GIBSON, DUNN & CRUTCHER LLP

By: /s/ Andrew S. Tulumello

Andrew S. Tulumello
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

Dated:  January 16, 2014         YARBOROUGH LAW FIRM

By: /s/ Gary McKay Yarborough, Jr.

Gary McKay Yarborough, Jr.
845B Highway 90
Bay St. Louis, MS 39520
Telephone:  228.467.5771
Facsimile:  228.467.5774

1  Ben F. Pierce Gore
2  Pratt & Associates
   1871 The Alameda, Suite 425
3  San Jose, CA 95126
   Telephone:  408.429.6506
4  Facsimile:  408.369.0752

5  Dewitt Marshall Lovelace, Sr.
   Lovelace Law Firm, P.A.
6  12870 US Hwy. 98 W.
   Suite 200
7  Miramar Beach, FL 32550
   Telephone:  850-837-6020
8  Facsimile:  850-837-4093

9
   *Attorneys for Plaintiffs Robert Figy and Mary*
10 *Swearingen*

11

12 **PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

13

14 Date: _01/16/2014_____          _____
                                         Hon. Samuel C.
15                                       Judge Samuel Conti

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED / Judge Samuel Conti]*

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 13-3988-SC

3