GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
atulumello@gibsondunn.com
GEOFFREY M. SIGLER, *pro hac vice*
gsigler@gibsondunn.com
JASON R. MELTZER, *pro hac vice*
jmeltzer@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT FIGY and MARY SWEARINGEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. C 13-3988-SC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANT'S MOTION TO DISMISS** |

Pursuant to N.D. Cal. Local Rule 6-2, the undersigned counsel of record for Plaintiffs Robert Figy and Mary Swearingen ("Plaintiffs") and Defendant Frito-Lay North America, Inc. ("Defendant") stipulate and agree to a briefing schedule in connection with Defendant's motion to dismiss Plaintiffs' First Class Action and Representative Action Complaint for Equitable and Injunctive Relief ("Amended Complaint"), subject to the Court's approval, as follows:

WHEREAS, on December 19, 2013, the Court approved of the parties' stipulation to allow Plaintiffs to file an Amended Complaint pursuant to Rule 15(a)(1) and to provide Defendant with sixty (60) days to answer or otherwise respond to that Amended Complaint;

WHEREAS, on January 10, 2014, Plaintiffs filed their Amended Complaint;

1  WHEREAS on March 11, 2014, Defendant filed a Motion to Dismiss Plaintiffs' Amended
2  Complaint;
3  WHEREAS, under N.D. Cal. Local Rule 7-3, Plaintiffs' opposition to Defendant's motion is
4  currently due on March 25, 2014, and Defendant's reply would be due seven (7) days after Plaintiffs
5  serve their opposition;
6  WHEREAS, the parties agree that longer time periods are necessary to brief the Motion to
7  Dismiss;
8  WHEREAS, Plaintiffs and Defendant agree that, pursuant to Local Rule 6-2 and subject to the
9  Court's approval, the time for Plaintiffs to file their opposition to Defendant's Motion to Dismiss
10 shall be extended until April 18, 2014;
11 WHEREAS, Plaintiffs and Defendant agree that, pursuant to Local Rule 6-2 and subject to the
12 Court's approval, the time for Defendant to file its reply to Plaintiffs' opposition shall be thirty (30)
13 days after service of the opposition; and
14 WHEREAS, the parties agree that this stipulation does not waive any right of the parties to
15 request or stipulate to further extensions;
16 IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:
17 (1) Plaintiffs will file their opposition to Defendant's Motion to Dismiss by April 18, 2014;
18 and
19 (2) Defendant shall have until thirty (30) days after the filing of the opposition to file its reply.
20
21 In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the
22 concurrence to the filing of this document has been obtained from the other signatories hereto.
23
24
25 Dated:  March 17, 2014                    GIBSON, DUNN & CRUTCHER LLP
26                                           By: /s/ Andrew S. Tulumello
27                                           Andrew S. Tulumello
                                              Geoffrey M. Sigler
28                                           Jason R. Meltzer

STIPULATION AND PROPOSED ORDER EXENDING BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANT'S
MOTION TO DISMISS                    CASE NO. C13-3988-SC
2

1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

Dated: March 17, 2014                 YARBOROUGH LAW FIRM, PLLC

By: /s/ Gary McKay Yarborough, Jr.

Gary McKay Yarborough, Jr.
Yarborough Law Firm
845B Highway 90
Bay St. Louis, MS 39520
228-467-5771
Fax: 228-467-5774

Ben F. Pierce Gore
Pratt & Associates
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: 408.429.6506
Facsimile: 408.369.0752

Dewitt Marshall Lovelace, Sr.
Lovelace Law Firm, P.A.
12870 US Hwy 98 W.
Suite 200
Miramar Beach, FL 32550
Telephone: 850.837.6020
Facsimile: 850.837.4093

*Attorneys for Plaintiffs Robert Figy and Mary Swearingen*

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

Date: 03/18/2014                                   _____
                                                    Hon. Samuel Conti

STIPULATION AND PROPOSED ORDER EXTENDING BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANT'S MOTION TO DISMISS            CASE NO. C13-3988-SC

3