IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT FIGY and MARY SWEARINGEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

FRITO-LAY NORTH AMERICA, INC.,

    Defendant.

Case No. 13-3988 SC

ORDER CLARIFYING ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

In the Court's order granting in part and denying in part Defendant's motion to dismiss, ECF No. 37, the Court granted Plaintiffs leave to amend certain claims but did not specify a time for filing an amended complaint.  Plaintiffs shall file an amended complaint that addresses the concerns identified in the Court's

///
///
///
///
///
///

1  order within thirty (30) days of the signature date of this order.
2  Failure to do so may result in dismissal of this action with
3  prejudice.

5      IT IS SO ORDERED.

7      Dated: August 12, 2014                
8                                        UNITED STATES DISTRICT JUDGE