GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
atulumello@gibsondunn.com
GEOFFREY M. SIGLER (*pro hac vice*)
gsigler@gibsondunn.com
JASON R. MELTZER (*pro hac vice*)
jmeltzer@gibsondunn.com
1050 CONNECTICUT AVENUE, N.W.
WASHINGTON, DC 20036
TELEPHONE: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT FIGY and MARY SWEARINGEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>Defendant. | Case No. C 13-3988-SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, on January 10, 2014, Plaintiffs filed an Amended Complaint (ECF. No. 17);

WHEREAS, on March 11, 2014, Defendant filed a motion to dismiss (ECF. No. 25);

WHEREAS, on August 12, 2014, this Court granted in part and denied in part Defendant's motion to dismiss and provided Plaintiffs until September 11, 2014 to file a further amended complaint (ECF. Nos. 37, 38);

WHEREAS, a Case Management Conference is currently scheduled for September 5, 2014;

WHEREAS, counsel for the parties have conferred and the parties agree that it would preserve judicial and party resources and be advantageous for case management to continue the Case Management Conference currently scheduled for September 5, 2014 for ninety (90) days, in light of the Court's orders.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

(1) The Case Management Conference scheduled for September 5, 2014 is continued until December 5, 2014; and

(2) The parties' Joint Case Management Conference Statement is due seven days prior to the conference.

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated: August 29, 2014        GIBSON, DUNN & CRUTCHER LLP

By: /s/ Andrew S. Tulumello

Andrew S. Tulumello
Geoffrey M. Sigler
Jason R. Meltzer
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

Dated: August 29, 2014        YARBOROUGH LAW FIRM

By: /s/ Gary McKay Yarborough, Jr.

Gary McKay Yarborough, Jr.
845B Highway 90
Bay St. Louis, MS 39520
Telephone:  228.467.5771
Facsimile:  228.467.5774

Ben F. Pierce Gore
Pratt & Associates
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone:  408.429.6506
Facsimile:  408.369.0752

1
2  *Attorneys for Plaintiffs Robert Figy and Mary Swearingen*

3  **PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

4
5  Date: __08/29/2014__                    _____
6                                                              Hon. Samuel Conti

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 13-3988-SC

3